## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Nicholas Schwab, Individually, as son and Independent
Administrator of the Estate of Alivia Schwab, deceased

|  | Plaintiff, |
|---|---|

v.

Case No.:
1:23−cv−16607

Honorable Charles P.
Kocoras

Morris Police Officer Nicholas Pampinella, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 22, 2024:

   MINUTE entry before the Honorable Charles P. Kocoras:Defendant's Motion for
Confidentiality Order [16] is granted. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.