## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Nicholas Schwab, Individually, as son and Independent Administrator of the Estate of Alivia Schwab, deceased

        Plaintiff,

v.

Case No.: 1:23−cv−16607

Honorable Charles P. Kocoras

Morris Police Officer Nicholas Pampinella, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 22, 2024:

    MINUTE entry before the Honorable Charles P. Kocoras: Agreed motion for extension of time to complete discovery and reset status hearing [19] is granted. Fact discovery shall be completed by 8/30/24. Motion hearing set for 4/23/24 is stricken. Telephonic status hearing set for 5/21/24 is reset to 9/3/2024 to report on the completion of fact discovery and discuss expert discovery schedule. For the telephonic status hearing, parties are to use the following call−in number: (888) 684−8852, conference code 8819984. Counsel must type in their name when joining the call. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.