# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Nicholas Schwab, Individually, as son and Independent Administrator of the Estate of Alivia Schwab, deceased

Plaintiff,

v.

Case No.: 1:23−cv−16607

Honorable Charles P. Kocoras

Morris Police Officer Nicholas Pampinella, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 7, 2024:

MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's Unopposed Motion for the Return of Property [28] is granted. Illinois State Police are directed to release to Plaintiff's Counsel, Jeffrey J. Neslund, the Nokia cell phone identified in Illinois State Police Evidence Manifest. All data on the Decedent's cell phone shall be preserved, and no party or other person shall delete or otherwise alter the contents of the decedent's Nokia cell phone until this case has been terminated. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.