**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Nicholas Schwab, Individually, as son and Independent Administrator (petitioned for) of the Estate of Alivia Schwab, deceased, | )<br>)<br>) |
| Plaintiff, | ) No. 23 CV 16607<br>)<br>) Judge Kocoras |
| vs. | )<br>) Mag. Judge Valdez |
| MORRIS POLICE OFFICER NICHOLAS PAMPINELLA; MORRIS POLICE OFFICER CASIE PRICE; individually, and as employees/ agents of the City of Morris; and THE CITY OF MORRIS, a Municipal Corporation, | )<br>)<br>)<br>) JURY DEMANDED<br>) |
| Defendants. | ) |

**<u>ORDER</u>**

Plaintiff's Unopposed Motion for the Return of Property [28] is granted. Illinois State Police are directed to release to Plaintiff's Counsel, Jeffrey J. Neslund, the Nokia cell phone identified in Illinois State Police Evidence Manifest. All data on the Decedent's cell phone shall be preserved, and no party or other person shall delete or otherwise alter the contents of the decedent's Nokia cell phone until this case has been terminated.

_____
Charles P. Kocoras
United States District Judge

Date: August 7, 2024